IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MICHAEL PETERSON | **I N F O R M A T I O N**<br><br>Case No. _____<br><br>Violation: 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The United States Attorney Charges:

On or about April 9, 2024, in the District of North Dakota,

ANTHONY MICHAEL PETERSON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Burglary in the First Degree, in violation of Minn. Stat. § 609.582.1(a), State of Minnesota, County of Ramsey, Case No. 62-K1-03-2967, judgment entered on or about October 8, 2003;

(2) Felony Domestic Assault, in violation of Minn. Stat. § 609.2242.4, State of Minnesota, County of Ramsey, Case No. 19-K4-08-694, judgment entered on or about May 6, 2008;

(3) Felony Domestic Assault, in violation of Minn. Stat. § 609.2242.4, State of Minnesota, County of Ramsey, Case No. 62-CR-09-11539, judgment entered on or about September 22, 2009;

(4) Violation of Order for Protection, in violation of Minn. Stat. § 518B.01.14(a), State of Minnesota, County of Hennepin, Case No. 27-CR-09-3610, judgment entered on or about December 3, 2009;

(5) Attempted Violation of Order for Protection, in violation of Minn. Stat. § 518B.01.14(a), State of Minnesota, County of Hennepin, Case No. 27-CR-08-43992, judgment entered on or about December 3, 2009;

(6) Fleeing a Peace Office in a Motor Vehicle, in violation of Minn. Stat. § 609.487.3, State of Minnesota, County of Becker, Case No. 03-CR-19-1269, judgment entered on or about May 19, 2021; and

(7) Fleeing a Peace Office in a Motor Vehicle, in violation of Minn. Stat. § 609.487.3, State of Minnesota, County of Dakota, Case No. 19HA-CR-22-687, judgment entered on or about May 11, 2023.

did knowingly possess in and affecting commerce a firearm, that is:

One Taurus, Model G2S, 9mm pistol, Serial No. ACC623519;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

MAC SCHNEIDER
United States Attorney

JTR/ak